FILED
DEC 28 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

PLAINTIFF

V.

Max Obuszewski Criminal No. P-0571336

DEFENDANT

December 17, 2005

*Denied for the reasons stated at the trial.*
*[signature] 12/28/05*

## MOTION TO DENY INTRODUCTION OF CERTIFIED BUSINESS RECORDS

The defendant, acting pro se, respectfully requests that the court deny the motion Government's Notice of Intent to Introduce Certified Business Records Under F.R.E. 803(6) and 902(11). The government would like to introduce what it is calling Exhibit A: 1. Public Gathering Permit No. 04-1625, dated September 23, 2005; 2. Application for a Permit, dated July 20, 2005: 3. Application for a permit, dated July 28, 2005; and 4. A series of e-mail messages dated from September 22 to September 23, 2005.

The defendant was arrested on the White House sidewalk, located in the 1600 block of Pennsylvania Avenue, on September 26, 2005 by the U.S. Park Police and charged with "Demonstrating Without a Permit" [36 C.F.R. 7.96(g)(2)]. This arrest violated the defendant constitutionally-protected right to petition the government as guaranteed by the First Amendment to the U.S. Constitution. In fact, as promulgated by the Nuremberg Principles, citizens must challenge a government engaged in unlawful activity. In this case, the U.S. government has attacked and occupied the country of Iraq. In this imperial war, U.S. military forces, in violation of the Law of Armed Conflict, have targeted noncombatants. Reliable researchers have estimated at least 30,000 and possibly more than 100,000 Iraqi civilians have been killed since March 20, 2003.

**The court must address the legality of an arrest that took place in a specific area near the White House on September 26, 2005. What happened prior to that date, on July 20 & 28 or September 22 & 23, 2005, is irrelevant to the case at hand. Any witnesses involved in the production of the business records should not be allowed to testify. Any testimony from such witnesses would be outside the scope of the charge.**

### CONCLUSION

Max Obuszewski requests that the court deny the motion Government's Notice of Intent to Introduce Certified Business Records Under F.R.E. 803(6) and 902(11). The defendant also requests witnesses involved in producing the business records be excluded from testifying.

Respectfully submitted,

*[signature]*
Max J. Obuszewski,                                                                  , ext
31/P-0571336