FILED

DEC 3 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

PLAINTIFF

V.

Max Obuszewski Criminal No. P-0571336

DEFENDANT

December 17, 2005

## MOTION TO DENY GOVERNMENT'S MOTION IN LIMINE TO PRECLUDE AN AFFIRMATIVE DEFENSE OF FREE SPEECH

The defendant, acting pro se, respectfully requests that the court deny the Government's Motion in Limine to Preclude An Affirmative Defense of Free Speech. The government would like to deny the defendant his rights under the U.S. Constitution and the Bill of Rights. The government errs in stating "they were in violation of the regulation applicable to the area (the White House Sidewalk), which do [sic] not allow demonstrations without a permit in that location." In fact, the defendant has been on that sidewalk petitioning the government, without a permit, at least forty times without being arrested.

The defendant was arrested on the White House sidewalk, located in the 1600 block of Pennsylvania Avenue, on September 26, 2005 by the U.S. Park Police and charged with "Demonstrating Without a Permit" [36 C.F.R. 7.96(g)(2)]. This arrest violated the defendant's Constitutionally-protected right to petition the government as guaranteed by the First Amendment. In fact, as promulgated by the Nuremberg Principles, citizens must challenge a government engaged in unlawful activity. In this case, the U.S. government has attacked and occupied the country of Iraq. In this imperial war, U.S. military forces, in violation of the Law of Armed Conflict, have targeted noncombatants. Reliable researchers have estimated at least 30,000 and possibly more than 100,000 Iraqi civilians have been killed since March 20, 2003.

**It is the responsibility of the court to address the legality of the defendant's arrest by considering all of the evidence presented during trial. Issuing a gag order prior to trial to squelch testimony which addresses Constitutional protections is blatantly wrong. Every defendant in every criminal case in the U.S. must be guaranteed rights and protections found in the Constitution and the Bill of Rights, otherwise this country would be no better than the dictatorship of Saddam Hussein.**

### CONCLUSION

The defendant respectfully requests that the court deny the Government's Motion in Limine to Preclude An Affirmative Defense of Free Speech. The defense has the right under the Constitution to present a First Amendment defense.

Respectfully submitted, *Max J. Obuszewski*

Max J. Obuszewski,
31/P-0571336

December 17, 2005

Magistrate Judge John Facciola
U.S. District Court
For the District of Columbia
333 Constitution Ave., NW
Washington, D.C. 20001
Fax: 202-354-3132

Re: USA v. Obuszewski et al.

Criminal Case Numbers: P-0571336

Dear Judge Facciola:

I am acting as a pro se defendant. As such, I am filing a Motion to Deny Introduction of Business Records & a Motion to Deny Government's Motion in Limine to Preclude an Affirmative Defense of Free Speech.

I assume the motions will be argued prior to the trial on December 21. Should there be any questions regarding this matter, I can best be reached at
                    sc.org. Thanks so very much for your assistance.

Sincerely,   *Max Obuszewski*

Max Obuszewski