January 1, 2006

Judge John Facciola
U.S. District Court
For the District of Columbia
333 Constitution Ave., NW
Washington, DC 20001

Honorable John Facciola:

On Dec. 21, I appeared before you charged with "demonstrating without a permit," after being arrested on the White House sidewalk on Sept. 26. You found me and most of my fellow defendants guilty and ordered us to pay a fine and court costs. I want to be honest with you and inform you that in good conscience I will not pay the $75 as ordered.

You found me guilty, despite a lack of evidence. The first witness, a National Park Service employee, was not involved in the permit process. Her name did not appear on any documents entered as evidence. The second witness confirmed my police report was in error. It contained the wrong date and an erroneous statement about revoking the permit for the White House sidewalk. The third witness admitted, after being cross-examined by Terry Rumsey, pro se defendant, that there were hundreds of people on the White House sidewalk well before Cindy Sheehan and the clergy members sought a meeting with an administration official. But those hundreds were never threatened with arrest.

Finally, you missed the correspondence, entered as evidence, between the Park Service, the Park Police and Gordon Clark of the Iraq Pledge of Resistance. A permit for the White House sidewalk was not offered until Sept. 23rd. This did not give Mr. Clark enough time to contact organizers.

The day you convicted us, THE WASHINGTON POST reported that U.S. District Judge James Robertson, a member of the Foreign Intelligence Surveillance Court, resigned in protest. As you know, his office is in the very building where we went on trial. He could not accept the fact that the Bush administration was spying on U.S. citizens and had the courage to say not in my name.

As I testified, I have a bachelor's degree in electrical engineering. Before becoming a full-time peace activist, I worked in Johnstown, Penna, as an engineer. John Murtha, a well-known hawk, was my congressperson at that time. As a citizen, I would write to him criticizing his support for the bloated Pentagon budget and attend his forums to express a difference of opinion.

I attended the Nov. 16-17 trial of others arrested at the White House. Judge Alan Kay was blatantly prejudicial, as he interrupted the defense opening statements given by Virginia Rodino and Jon Norris stating, "But you were demonstrating without a permit." Obviously, at that point in the trial, no evidence had yet been presented. To your credit, you allowed the defendants to speak without interference.

After Judge Kay convicted 41 defendants, we sang in his courtroom. As we were leaving, we received the news that John Murtha spoke out against the quagmire in Iraq. The following Sunday, I saw him on MEET THE PRESS, and this hawk had enough. He repeatedly visits the wounded at Walter Reed and wants the suffering caused by the war in Iraq to cease.

Two of my co-defendants are among those suffering. Michael Berg's son was killed in Iraq, and Pat Alviso is the mother who fears every day that knock on the door informing her that her son is not coming home alive from the battlefield. They had to be at the White House on Sept. 26.

I now praise Rep. Murtha and offer kudos to Judge Robertson. Those of us who opposed this war from the beginning are not surprised that the situation in Iraq is abysmal or that the Bush administration is intent on

shredding the Bill of Rights.  An administration which unashamedly lied to get the support of the citizenry surely is incapable of providing any hopeful future for the people of Iraq.

As I testified, the Pledge of Resistance-Baltimore did its best first to prevent the war, and second to call for its end. We met repeatedly with our legislators, marched, sent a multitude of letters and emails and risked arrest.  Before the war, eight of us were arrested for handing out antiwar leaflets inside a shopping center. The day after the invasion began, forty of us were arrested trying to deliver a letter to the chief judge at Baltimore's federal courthouse. The letter called on the judiciary to take action as the war violated international law.  Since then we have risked arrest on numerous occasions in an attempt to exercise our First Amendment right to petition the government that the war and occupation must end.  In fact, two of us arrested at the White House on September 26 will go on trial in federal court in Baltimore on Jan. 25. We were arrested at the National Security Agency when we sought a meeting with the director to discuss the NSA's involvement in illegal operations.

On Mar. 14, 2004, I joined a group which tried to deliver a coffin containing the names of the dead from Iraq to the White House, but the Secret Service would not allow us to go any further than 17th & Pennsylvania Ave. On Oct. 2, 2004, Gandhi's birthday, 28 of us were arrested on the Ellipse when we tried to take that same coffin, with more names inside, to the White House.  You were the judge when that case came to trial.

Finally, on Sept. 26, 2005, I and many others were finally successful in taking the names of the dead to the White House fence. We nonviolently exercised our First Amendment right to petition the government, and as I testified I placed two names on the fence—one was an Iraqi child, the other, a soldier Donald Oaks, from Erie, Penna., my hometown.  Two of my nieces knew him. He enlisted after high school and was killed April 3, 2003 in Iraq.

Those of us in the peace and justice movement know that one day we will end the war and the occupation. This will happen much sooner if judges and other notable government officials take a public stance against the war.  I urge you to consider speaking out against the war from the bench.  One way to do that would be to dismiss all cases against nonviolent activists charged with demonstrating against this awful war.

I look forward to your reply.   May we all find courage to do more to bring about peace with justice in 2006.

In peace, *Max Obuszewski*

Max Obuszewski