January 9, 2006

Memorandum to Mike Harvey, Esq.
Assistant United States Attorney
Fax number

    I will deem these filed and would ask for a written response to them by the United States by January 19, 2006.

*John M. Facciola*
John M. Facciola
United States Magistrate Judge