UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

                                        Mag. No. 06-mj-00006-JMF-60

     v.

MAX OBUSZEWSKI
_____/


**ORDER**

Upon consideration of the defendant's motion for judgment of acquittal or in the

alternative for a new trial, and the government's opposition thereto, it is this

_____ day of _____, 2006, hereby

**ORDERED** that the defendant's motion is DENIED.


_____
United States Magistrate Judge


Copies to:

AUSA G. Michael Harvey
555 Fourth Street, NW, Room 4243
Washington, DC 20530

Max Obuxzewski
3338 Gilman Terrace
Baltimore, Maryland 21211

Mark Goldstone, Esq.
Standby Attorney-Advisor for *Pro Se* Defendants
9419 Spruce Tree Circle
Bethesda, MD 20814