**FILED**

JUN 1 9 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA

    v.

COURTNEY A. LECLAIRE-CONWAY,
MAX OBUSZEWSUI,
MICHAEL T. JOHNSON,
MICHAEL S. LAWTON,
ROBERT C. HOLLINGER,
JOSEPH S. DERAYMOND,
ROBERT L. DANIELS, II,
TIMOTHY D. CHADWICK,
JOHN BOSTROM,
MICHAEL S. BERG,
JEANNIE L. ATHEY,
PAT A. ALVISO,
ANDREW L. SIMON,
LYNN MAXINE ROBINSON,
PERRY REEVE,
DON G. MULLER,
EVAN G. LONG,

    Appellants.

Case No. 06-MJ-0006 (TFH/JMF)

---

## ORDER

Upon careful consideration of the pending Motions for Extension of Time filed by *pro se* Appellants Evan Long, Courtney LeClaire-Conway, John Bostrom, Don Muller, Michael Lawton, Perry Aiken Reeve, Pat Alviso, Robert Daniels, II, Lynn Maxine Robinson and Max Obuszewski, as well as the United States' response in opposition thereto, it is hereby

**ORDERED** that the Appellants' Motions for Extension of Time are **GRANTED IN PART** and **DENIED IN PART**. The Court will grant the Appellants' request for additional time to prepare their briefs but will deny the request for 90 days as excessive in light of the fact that the appeals have been pending since December 29, 2005, there has been no significant change in

(N)

representation or any other event warranting further delay, and the appellants have now had nearly six months to prepare their appeals. Accordingly, the Appellants shall have an additional 45 days to prepare there briefs, which shall be filed and served on or before July 17, 2006. It is also

ORDERED that the Government's response in opposition to the Appellants' briefs shall be filed and served on or before August 31, 2006. In addition, it is

ORDERED that the Appellants' reply brief in support of their appeals shall be filed and served on or before September 8, 2006. It is further

ORDERED that the parties shall appear for a hearing to present arguments in support of their respective positions on Friday, September 15, 2006 at 2:00 p.m. in Courtroom 25A, which is located in the annex to the E. Barrett Prettyman United States Courthouse. Finally, it is

ORDERED that all parties shall comply with both the local rules of this Court as well as the applicable federal rules when submitting any document for filing in this Court. All documents shall be filed with the Clerk of the Court and no party shall direct documents or correspondence to Chief Judge Thomas Hogan, for filing or otherwise, unless authorized to do so by the applicable rules or by leave of the Court. *See, e.g.,* LCvR 5.1 of the Rules of the United States District Court for the District of Columbia. Copies of the local and federal rules are available on the Court's internet web site at http://www.dcd.uscourts.gov/rules-forms.html.

**SO ORDERED.**

June 15, 2006

Thomas F. Hogan
Chief Judge

2