FILED
JAN 4 - 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CINDY SHEEHAN,

    Appellant,

v().                                 05-MJ-0649 (AK/TFH)

UNITED STATES OF AMERICA,

    Appellee.

---

MAX OBUSZEWSKI,
LYNN MAXINE ROBINSON,
PERRY REEVE,
DON G. MULLER,
EVAN G. LONG,

    Appellants,                 06-MJ-0006 (JMF/TFH)

v.

UNITED STATES OF AMERICA,

    Appellee.

## ORDER

Pending before the Court are the appeals filed by Cindy Sheehan in Case Number 05-MJ-0649 and Max Obuszewski, Lynn Maxine Robinson, Perry Reeve, Don G. Muller, and Evan G. Long in Case Number 06-MJ-0006. For the reasons set forth in the Memorandum Opinion dated

December 19, 2006, it is hereby

    **ORDERED** that the appellants' convictions are **AFFIRMED**.

    **SO ORDERED**.

January 3rd, 2007

Thomas F. Hogan
Chief Judge