# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)  MJ
vs. )  Criminal No. 06-MJ-0006 (JMF/TF4)
)
MAX OBUSZEWSKI, ET AL )

## NOTICE OF APPEAL

**FILED**
JAN 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Name and address of appellant: MAX OBUSZEWSKI

Name and address of appellant's attorney: PRO SE DEFENDANT

Offense: DEMONSTRATING W/O PERMIT ON 9/26/05

Concise statement of judgment or order, giving date, and any sentence:
CONVICTED 12/21/05  $75 FINE
APPEALED JUDGE THOMAS HOGAN AFFIRMED CONVICTION 1-3-07

Name and institution where now confined, if not on bail: N/A

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

JANUARY 11, 2007                    Max Obuszewski
DATE                                APPELLANT

                                    ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☐
PAID USDC FEE ☐
PAID USCA FEE ☐

Does counsel wish to appear on appeal?                    YES ☐   NO ☐
Has counsel ordered transcripts?                          YES ☐   NO ☐
Is this appeal pursuant to the 1984 Sentencing Reform Act? YES ☐   NO ☐